**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LUIS STIVEN ANGULO POZO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, PIKE COUNTY CORRECTIONAL FACILTIY,<br><br>Respondent. | CIVIL ACTION NO. 3:26-CV-03097<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 20th day of October, 2026, in consideration of Luis Stiven Angulo Pozo's ("Pozo") petition for writ of habeas corpus (Doc. 1), the Court finds the following and **ORDERS**:

1. Pozo filed the instant petition on October 19, 2026, requesting that Respondent Craig Lowe, Warden of the Pike County Correctional Facility ("Lowe") release him from custody. (Doc. 1, at 8).

2. According to Pozo, Lowe improperly detained him and is denying him his liberty and ability to pursue relief in his underlying immigration case. (Doc. 1, at 7).

3. Pozo avers that his detention should be reviewed and that he should be released from custody because he has an active immigration case and has taken steps to pursue asylum, he previously obtained employment authorization and a Social Security number, and his criminal charges were withdrawn. (Doc. 1, at 7-8).

4. In *Buele Morocho v. Warden Phila. FDC*, Nos. 26-1150 & 26-1454, 2026 WL 2546223, at *7 (3d Cir. Aug. 28, 2026), the Third Circuit found that 8 U.S.C. § 1226(a), not § 1225(b)(2)(A), applies to noncitizens who previously entered the country and have been residing in the United States for an extended period of time prior to being apprehended and placed in removal proceedings.

5. The Third Circuit further found that detaining noncitizens who fall under 8 U.S.C. § 1226(a) without a bond hearing violates the Due Process Clause of the Fifth Amendment. *Buele Morocho*, 2026 WL 2546223, at *8-*10.

6. The Clerk of Court shall make immediate and proper service of the petition for writ of habeas corpus (Doc. 1) and this Order on Lowe.

7. To preserve the status quo during the pendency of this habeas action, Lowe shall not transfer Pozo without further order of the Court.

8. Lowe shall file his response to Pozo's petition on or before **TUESDAY, OCTOBER 27, 2026**, showing why Pozo is not entitled to release from detention pursuant to *Buele Morocho.* 2026 WL 2546223, at *7-*10.

9. Pozo shall file his traverse on or before **TUESDAY, NOVEMBER 3, 2026.**

**BY THE COURT:**

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**